B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Renko, Ed** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5123** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3925 Triumpvera drive**<br>**Apartment 8D**<br>**Glenview, IL**        ZIP Code **60025** | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Renko, Ed** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ Lee R. Zeidman**       **September 14, 2010**<br>    Signature of Attorney for Debtor(s)       (Date)<br>    **Lee R. Zeidman** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|      _____<br>     (Name of landlord that obtained judgment) |
|      _____<br>     (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)
Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Renko, Ed** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ed Renko**
Signature of Debtor **Ed Renko**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 14, 2010**
Date

### Signature of Attorney*

X **/s/ Lee R. Zeidman**
Signature of Attorney for Debtor(s)

**Lee R. Zeidman 6295570**
Printed Name of Attorney for Debtor(s)

**Zeidman Companies LLC**
Firm Name

**5743 West Irving Park Rd.**
**Chicago, IL 60634**

_____
Address

**Email: Zeidmanlaw@gmail.com**
**312-725-6005  Fax: 866-506-6109**
Telephone Number

**September 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ed Renko** _____   Case No. _____

                                    Debtor(s)        Chapter      **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                          Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ed Renko**
                        **Ed Renko**

Date:   **September 14, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ed Renko**
                                                                    ,        Case No. _____
                                                            Debtor
                                                                            Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,400.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 46,315,051.59 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 18,659,875.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 642.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| | | Total Assets | 4,400.00 | | |
| | | | Total Liabilities | 64,974,926.69 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ed Renko**                                                          ,    Case No. _____

                                              Debtor

                                                                                    Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 642.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 46,315,051.59 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 18,659,875.10 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 64,974,926.69 |

B6A (Official Form 6A) (12/07)

In re    **Ed Renko**                                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Ed Renko**                                                                                     ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking Account** | - | 400.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          400.00
(Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ed Renko**                                            ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ed Renko**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Saab Sedan** | - | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 4,000.00 |
| (Total of this page) | |
| Total > | 4,400.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Ed Renko**                                                          ,        Case No. _____
                                                         Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal Checking Account** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Saab Sedan** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **4,000.00** |
| | **735 ILCS 5/12-1001(b)** | **1,600.00** | |

|  | | Total: | **4,400.00** | **4,400.00** |

 __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Ed Renko**                                                                 ,        Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-x-xx5669** | | | | | | | | |
| Albany Bank & Trust c/o Jeff Finke 55 West Wacker Drive Suite 1400 Chicago, IL 60625 | | - | | | | | | |
| | | | Value $            0.00 | | | | 5,390,178.59 | 5,390,178.59 |
| Account No. | | | | | | | | |
| Albany Bank & Trust Company 3400 West Lawrence Chicago, IL 60625 | | - | | | | | | |
| | | | Value $            0.00 | | | | 999,000.00 | 999,000.00 |
| Account No. **xxxx-x-xx5699** | | | | | | | | |
| Albany Bank c/o Greenberg, Traurig 77 West Wacker Drive Suite 2500 Chicago, IL 60601 | | - | | | | | | |
| | | | Value $            0.00 | | | | 5,287,008.00 | 5,287,008.00 |
| Account No. **xxxxx8482** | | | Opened  3/01/07 Last Active  4/07/10 ConventionalRealEstateMortgage | | | | | |
| Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | - | | | | | | |
| | | | Value $            0.00 | | | | 1,517,397.00 | 1,517,397.00 |

<u>  3  </u>   continuation sheets attached

Subtotal
(Total of this page)            13,193,583.59            13,193,583.59

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ed Renko**                                                    , Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx6619**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | | - | **Opened 5/01/07 Last Active 5/17/10**<br><br>**ConventionalRealEstateMortgage**<br><br>Value $          0.00 | | | | 355,316.00 | 355,316.00 |
| Account No. **xxxx6620**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | | - | **Opened 5/01/07 Last Active 5/27/09**<br><br>**CreditLineSecured**<br><br>Value $          0.00 | | | | 44,667.00 | 44,667.00 |
| Account No. **xxxxxxxxx4499**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | | - | **Opened 10/01/06 Last Active 2/11/09**<br><br>**CreditLineSecured**<br><br>Value $          0.00 | | | | 224,949.00 | 224,949.00 |
| Account No.<br><br>**Beal Bank c/o Clark Hill PLC**<br>**150 North Michigan Avenue**<br>**Chicago, IL 60601** | | - | <br><br>Value $          0.00 | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Beal Bank c/o Garfield & Merel Ltd**<br>**223 West Jackson Blvd.**<br>**suite 100**<br>**Chicago, IL 60606** | | - | <br><br>Value $          0.00 | | | | 27,710,000.00 | 27,710,000.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 28,334,932.00 | 28,334,932.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ed Renko**                                                                     ,        Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxxxxxx-x0001** | | | | | | | | | | |
| **Foster Bank** **5225 North Kedzie** **Chicago, IL 60625** | | | - | | | | | | | |
| | | | | | Value $          **0.00** | | | | **78,536.00** | **78,536.00** |
| Account No. **xxxx982-1** | | | | | | | | | | |
| **Foster Bank** **5225 North Kedzie** **Chicago, IL 60625** | | | - | | | | | | | |
| | | | | | Value $          **0.00** | | | | **4,340,000.00** | **4,340,000.00** |
| Account No. **xxxx-xx-x9112** | | | | | | | | | | |
| **Foster Bank c/o Metge Spitzer & Kre** **10 South Riverside** **Suite 720** **Chicago, IL 60603** | | | - | | | | | | | |
| | | | | | Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxxx2138** | | | | | Opened  4/01/07  Last Active 12/07/08 | | | | | |
| **National City** **Attention:  Bankruptcy Department** **6750 Miller Rd** **Brecksville, OH 44141** | | | - | | CreditLineSecured | | | | | |
| | | | | | Value $          **0.00** | | | | **353,795.00** | **353,795.00** |
| Account No. **xxxxxx9283** | | | | | Opened 12/01/06 Last Active  1/12/09 | | | | | |
| **Us Bank** | | | - | | Lease | | | | | |
| | | | | | Value $          **0.00** | | | | **11,670.00** | **11,670.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached to          Subtotal          | **4,784,001.00** | **4,784,001.00** |
Schedule of Creditors Holding Secured Claims          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Ed Renko**                                                                              ,        Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx8563**<br><br>**Us Bank** | - | | | | **Opened 8/01/06 Last Active 2/17/09**<br><br>**Lease**<br><br>Value $                    **0.00** | | | | **2,535.00** | **2,535.00** |
| Account No. | | | | | <br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br>Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **2,535.00** | **2,535.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **46,315,051.59** | **46,315,051.59** |

B6E (Official Form 6E) (4/10)

.

In re    **Ed Renko**                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Ed Renko**                                                                 ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Alexander & Sofia Sniper 471 Bay Tree Circle Vernon Hills, IL 60061** | | - | | | | | | | 434,807.06 |
| Account No. | | | | | | | | | |
| **Alexander & Sofia Sniper 471 Bay Tree Circle Vernon Hills, IL 60061** | | | | | | | | | 284,686.03 |
| Account No. | | | | | | | | | |
| **Alla & Eugene Kharon 1778 Tudor Lane Northbrook, IL 60062** | | - | | | | | | | 271,168.54 |
| Account No. | | | | | | | | | |
| **Alla & Eugene Kharon 1778 Tudor Lane Northbrook, IL 60062** | | - | | | | | | | 299,536.87 |
| __33__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 1,290,198.50 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:43262-100831   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**                                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Alla & Eugene Kharon 1778 Tudor Lane Northbrook, IL 60062** | - | | | | | | | | 50,000.00 |
| Account No. | | | | | | | | | |
| **Alla & Eugene Kharon 1778 Tudor Lane Northbrook, IL 60062** | - | | | | | | | | 150,000.00 |
| Account No. | | | | | | | | | |
| **Alla & Josif Bikhovsky 10234 N. Trillium Rd. Thiensville, WI 53092** | - | | | | | | | | 250,000.00 |
| Account No. | | | | | | | | | |
| **Alla Monisova & Michael Shulman 114 Hampton Blvd. Chicago, IL 60644** | - | | | | | | | | 25,000.00 |
| Account No. | | | | | | | | | |
| **Alla Monisova & Michael Shulman 114 Hampton Blvd. Chicago, IL 60644** | - | | | | | | | | 20,000.00 |

Sheet no. __1__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                495,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ed Renko** _____,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Alla Monisova & Michael Shulman 114 Hampton Blvd. Chicago, IL 60644 | - | | | | | | 60,000.00 |
| Account No. | | | | | | | |
| Allen Kravocer & Associates 1001 Johnson Drive Suite 200 Buffalo Grove, IL 60089 | - | | | | | | 6,749.43 |
| Account No. **xx-xx-x9810** | | | | | | | |
| Allstate Electric c/o MJ Newman & A 5225 Old Orchard Rd. suite 5 Skokie, IL 60077 | - | | | | | | 79,912.89 |
| Account No. **xx-xx-x5980** | | | | | | | |
| Allstate Electric c/o Stone, Pogrun 1 East Wacker Drive Suite 2610 Chicago, IL 60601 | - | | | | | | 77,303.00 |
| Account No. **xxxxx6625** | | | | | | | |
| Allstate Indem. c/o Credit Services Two Wels Ave Newton Center, MA 02459 | - | | | | | | 279.33 |

Sheet no. __2__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**224,244.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko** _____,     Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxx-xx/xx-xx-x6723** <br><br>**Amcore Bank c/o Kluever & Platt** <br>**65 E. Wacker Place** <br>**Suite 2300** <br>**Chicago, IL 60601** | - | | | | | | **90,000.00** |
| Account No. **xx2867** <br><br>**American Collections** <br>**919 Estes Ct** <br>**Schaumburg, IL 60193** | - | | **Opened  4/01/10 CollectionAttorney Tcf National Bank II** | | | | **210.00** |
| Account No. **xxxx-xx-x9224** <br><br>**American Ent. c/o Robbins, Salomon,** <br>**25 East Washington** <br>**Suite 1000** <br>**Chicago, IL 60602** | - | | | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx4493** <br><br>**American Express** <br>**c/o Becket and Lee LLP** <br>**Po Box 3001** <br>**Malvern, PA 19355** | - | | **Opened 11/01/01  Last Active 10/05/08 CreditCard** | | | | **17,267.00** |
| Account No. **xxxxxxxxxxxxx2591** <br><br>**American Express** <br>**c/o Becket and Lee LLP** <br>**Po Box 3001** <br>**Malvern, PA 19355** | - | | **Opened 10/01/01  Last Active  5/01/03 CreditCard** | | | | **0.00** |

Sheet no. __3__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **107,477.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx-xx043-0; xxxxxxxxxx3003**<br><br>**American Express Bank c/o Blitt & G**<br>**661 West Glenn Avenue**<br>**Wheeling, IL 60090** | | - | | | | | | | 80,633.77 |
| Account No. **xxxx3519**<br><br>**American Honda Finance**<br>**Attn: Bankruptcy**<br>**3625 West Royal Lane Suite 200**<br>**Irving, TX 75063** | | - | | | Opened  8/01/03  Last Active 11/27/06<br>Lease | | | | 0.00 |
| Account No. **xxxxxxxx3441**<br><br>**American National Bank**<br>**33 N Lasalle St**<br>**Chicago, IL 60602** | | - | | | Opened  4/01/98  Last Active  8/01/00<br>CreditLineSecured | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx/xxxx1204**<br><br>**at&t c/o Alliant Law Groupe, PC**<br>**2860 Zanker Road**<br>**Suite 105**<br>**San Jose, CA 95134** | | - | | | | | | | 406.30 |
| Account No. **xxx-xxxxxx0-001**<br><br>**At&t Capital Services Inc.**<br>**13160 Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | | | | | 3,063.35 |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,103.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                                                                      ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ATMI Precast c/o Querry & Harrow Lt**<br>**175 West Jackson Blvd**<br>**Suite 1600**<br>**Chicago, IL 60604** | - | | | | | | | | **Unknown** |
| Account No. **xxxxxx1003**<br><br>**Ballys**<br>**8700 West Bryn Mawr**<br>**Chicago, IL 60631** | - | | | | Opened 5/01/91 Last Active 2/01/03<br>InstallmentSalesContract | | | | **0.00** |
| Account No. **xxxxxxxxx9427**<br><br>**Bank America**<br>**4161 Piedmont Park**<br>**Greensboro, NC 27410** | - | | | | Opened 2/01/01 Last Active 6/01/01<br>RealEstateSpecificTypeUnknown | | | | **0.00** |
| Account No. **xxxx-xx-x4451**<br><br>**Bank NYM c/o Fisher & Shapiro LLC**<br>**2121 waukgen**<br>**Suite 301**<br>**Deerfield, IL 60015** | - | | | | | | | | **Unknown** |
| Account No. **xxxxxxxxx1799**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | - | | | | Opened 1/01/05 Last Active 2/01/09<br>CheckCreditOrLineOfCredit | | | | **54,918.00** |

Sheet no. __5__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,918.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4918**<br><br>**Bank Of America**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | - | | **Opened  4/01/01  Last Active 10/27/08**<br>**CreditCard** | | | | 45,922.00 |
| Account No. **xxxxxxxxx8211**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | **Opened 11/01/01  Last Active  9/01/03**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **xxxxxxxxxx6499**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | **Opened  9/01/01  Last Active  3/01/03**<br>**CreditLineSecured** | | | | 0.00 |
| Account No. **xxxxxxxxx9427**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | **Opened  2/01/01  Last Active  2/01/03**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **2880**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-03-14**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | - | | **Opened  9/01/95  Last Active  9/01/00**<br>**CreditCard** | | | | **Unknown** |

Sheet no. __6__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,922.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**                                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxx9299**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | | Opened 1/01/05 Last Active 5/22/06<br>CreditLineSecured | | | | 0.00 |
| Account No. **xxxxxxxxx9233**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | | Opened 1/01/03 Last Active 3/01/05<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxxxxxxx7699**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | | Opened 5/01/03 Last Active 10/05/06<br>CreditLineSecured | | | | 0.00 |
| Account No. **xxxxxxxxx4418**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | | Opened 8/01/03 Last Active 4/17/06<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No.<br><br>**Beyer Family LP**<br>**914 North Milwaukee**<br>**Suite 300**<br>**Northbrook, IL 60062** | - | | | | | | | 125,000.00 |

Sheet no. __7___ of __33__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          125,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beyer Family LP**<br>**914 North Milwaukee**<br>**Suite 300**<br>**Northbrook, IL 60062** | - | | | | | | 300,000.00 |
| Account No.<br><br>**Beyer Family LP**<br>**914 North Milwaukee**<br>**Suite 300**<br>**Northbrook, IL 60062** | - | | | | | | 200,000.00 |
| Account No. **xxxxxxx x1 EAG**<br><br>**Birdview Technologies**<br>**101 West 22nd Street**<br>**Suite 202**<br>**Lombard, IL 60148** | - | | | | | | 800.00 |
| Account No. **xxxxx2122**<br><br>**Bmw Financial Services**<br>**5550 Britton Parkway**<br>**Hilliard, OH 43026** | - | | Opened  2/01/02  Last Active  2/01/04<br>Lease | | | | 0.00 |
| Account No.<br><br>**Bronson & Kahn LLC**<br>**150 North Wacker Drive**<br>**Suite 1400**<br>**Chicago, IL 60606** | - | | | | | | 13,552.06 |

Sheet no. __8___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

514,352.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**
                                                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CE Design c/o Anderson & Wanca 3701 Algonquin Road Suite 760 Rolling Meadows, IL 60008 | - | | | | | | **Unknown** |
| Account No. **xxxxx/x525B** | | | | | | | |
| CE Design LTD 1875 D Rohlwings Rd Rolling Meadows, IL 60008 | - | | | | | | 9,715.00 |
| Account No. **xx-x-xx1587; xx-x-xx1587** | | | | | | | |
| Century 21 c/o Tabet Divito & Roths 209 South LaSalle street 7th Floor | - | | | | | | 975,774.52 |
| Account No. **xxxxxxx1911** | | | Opened 12/01/98  Last Active 10/06/08 CreditCard | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | - | | | | | | 6,098.00 |
| Account No. **xxxxx8518** | | | Opened  3/01/00  Last Active  8/01/02 Lease | | | | |
| Chase Auto 600 Community Drive Manhasset, NY 11030 | - | | | | | | 0.00 |

Sheet no. __9__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**991,587.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                                    ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6866** <br><br> **Chase Auto** <br> **600 Community Drive** <br> **Manhasset, NY 11030** | - | | Opened  8/01/98  Last Active  3/01/02 <br> Lease | | | | 0.00 |
| Account No. **xxx9733** <br><br> **Chicago Tribune c/o Biehl & Biehl** <br> **PO Box 87410** <br> **Carol Stream, IL 60188** | - | | | | | | 485.98 |
| Account No. **xxxxxxx1589; xxxxxxx1589** <br><br> **Cisco Inc c/o Fireman's Fund Insura** <br> **1702 Townhurst Drive** <br> **Houston, TX 77043** | - | | | | | | 568.00 |
| Account No. **xxxxxxxxxxxx/ xxxx-xx-xx7209** <br><br> **Citibank Sd, c/o Blatt Hasenmiller** <br> **125 South Wacker** <br> **Suite 400** <br> **Chicago, IL 60606** | - | | Opened  4/01/01  Last Active 11/10/08 <br> CreditCard | | | | 8,177.00 |
| Account No. **xxxxxxx8750** <br><br> **Citibank Sd, Na** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | - | | Opened  9/01/95  Last Active  4/01/98 <br> CreditCard | | | | 0.00 |

Sheet no. __10__ of __33__ sheets attached to Schedule of                                    Subtotal                    9,230.98
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                                                    ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx/xxxxxxx2590**<br><br>**Co Star Realty c/o Receievable Corp**<br>**7373 Kirkwood Court**<br>**Suite 200**<br>**Osseo, MN 55369** | - | | | | | | 7,542.91 |
| Account No. **xxxx6819**<br><br>**Collection**<br>**700 Longwater Dr**<br>**Norwell, MA 02061** | - | | Opened  7/01/10<br>CollectionAttorney 10 At T | | | | 359.00 |
| Account No. **xxxxx4006**<br><br>**COMED**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | - | | Electric | | | | 6,000.00 |
| Account No. **xxxxxx8036**<br><br>**COMED**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | - | | Electric | | | | 2,540.70 |
| Account No. **xxxxx7109**<br><br>**COMED**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | - | | Electric | | | | 105.21 |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 16,547.82 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Ed Renko** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxx6424 <br><br>**Consecofin** <br>**1400 Turbine Drive** <br>**Rapid City, SD 57701** | - | | | | **Opened 5/01/00 Last Active 10/01/00** <br>**ChargeAccount** | | | | **0.00** |
| Account No. xxxxxx7841 <br><br>**Crd Prt Asso** <br>**Attn: Bankruptcy** <br>**Po Box 802068** <br>**Dallas, TX 75380** | - | | | | **Opened 3/01/09** <br>**CollectionAttorney Comcast** | | | | **176.00** |
| Account No. xxxx4340 <br><br>**Credit Management** <br>**4200 International Pwy** <br>**Carrolton, TX 75007** | - | | | | **Opened 5/01/10** <br>**CollectionAttorney Directv** | | | | **418.00** |
| Account No. xxx1150 <br><br>**Creditors Collection B** <br>**755 Almar Pkwy** <br>**Bourbonnais, IL 60914** | - | | | | **Opened 3/01/10** <br>**CollectionAttorney Chams Womens Health Care** | | | | **588.00** |
| Account No. <br><br>**DD Group c/o Emalfarb, Swan & Bain** <br>**440 Central Avenue** <br>**IL 60036** | - | | | | | | | | **Unknown** |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,182.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**                                          Case No. _____
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx/xxx3965** <br><br> **DHL c/o Bonded Collection Corp. 29 East Medicine Street suite 1650 Chicago, IL 60602** | - | | | | | | 2,984.01 |
| Account No. **xxxxxxx3065** <br><br> **Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054** | - | | Opened 3/01/00 Last Active 10/06/08 CreditCard | | | | 8,706.00 |
| Account No. **xx7517** <br><br> **Dsnb Bloom Bloomingdale's Bankruptcy Po Box 8053 Mason, OH 45040** | - | | Opened 2/08/03 Last Active 3/27/03 ChargeAccount | | | | 0.00 |
| Account No. **Northshore Center Development** <br><br> **Durabit Fence 433 Denniston Court Wheeling, IL 60090** | - | | | | | | 2,100.00 |
| Account No. **xxxx-xxx050A** <br><br> **Eiden & O'Donnell LTd 230 Center Drive Suite 102 Vernon Hills, IL 60061** | - | | | | | | 9,623.32 |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        23,413.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                                              ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxx/xxx4434** <br><br> **Elan Finan. c/o Client Services Inc** <br> **3451 Harry Truman Blvd** <br> **Saint Charles, MO 63301** | - | | | | | | 15,411.03 |
| Account No. <br><br> **FCL Builders Inc. c/o Richmond Bres** <br> **223 South Wacker Drive** <br> **Suite 5775** <br> **Chicago, IL 60615** | - | | | | | | 943,494.52 |
| Account No. **xxxxxxxx/ xx-xx-2108** <br><br> **First Commercial c/o Martin & Karca** <br> **161 Clark Street** <br> **Suite 550** <br> **Chicago, IL 60601** | - | | | | | | 525,000.00 |
| Account No. **xxxxx5043** <br><br> **Firstar** <br> **c/o US Bank Bankruptcy Dept** <br> **Po Box 5229** <br> **Cincinnati, OH 45201** | - | | Opened 3/14/05  Last Active 10/10/08 <br> AutoLease | | | | 2,034.00 |
| Account No. **8035** <br><br> **Firzgerald Associate Architects** <br> **912 West Lake Street** <br> **Chicago, IL 60607** | - | | | | | | 13,152.00 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     | 1,499,091.55
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ed Renko** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Florida Development** <br> **8221 North Kimball** <br> **Skokie, IL 60076** | | - | | | | | | 500,000.00 |
| Account No. **xxxx-xxxxxx6867** <br><br> **Fountain Tech c/o Transworld Sys** <br> **25 Northwest Point Blvd.** <br> **Suite 750** <br> **Elk Grove Village, IL 60007** | | - | | | | | | 12,500.00 |
| Account No. **xxxxxx-Kw01** <br><br> **Gaia Tech** <br> **200 North LaSalle** <br> **Suite 2600** <br> **Chicago, IL 60601** | | - | | | | | | 1,343.44 |
| Account No. **xxxx-x-xxxxxxxxxx/xx0250** <br><br> **Garveys c/o Transworld Systems** <br> **25 Northwest Point Blvd.** <br> **Suite 750** <br> **Elk Grove Village, IL 60007** | | - | | | | | | 380.00 |
| Account No. <br><br> **Gary Litvin** <br> **23696 North Raleigh Dr.** <br> **Lincolnshire, IL 60069** | | - | | | | | | 25,000.00 |

Sheet no. **15** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**539,223.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx5561** | | | | | Opened 4/01/98 Last Active 11/01/00 ChargeAccount | | | | |
| **Gemb** **Attention: Bankruptcy** **Po Box 103106** **Roswell, GA 30076** | - | | | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **Gene Shneider & Larisa Solomonova** **1411 Candlewood Court** **Wheeling, IL 60090** | - | | | | | | | | **81,500.00** |
| Account No. **xxxxxxxxxxxxx0871** | | | | | Opened 12/01/03 Last Active 12/27/06 Automobile | | | | |
| **Glenview State Bank** **800 Waukegan Rd** **Glenview, IL 60025** | | | | | | | | | **0.00** |
| Account No. **xxxxxxxx1685** | | | | | Opened 5/18/07 Last Active 10/07/08 ConventionalRealEstateMortgage | | | | |
| **Green Point Savings** **Po Box 84013** **Columbus, GA 31908** | - | | | | | | | | **0.00** |
| Account No. **xxxxxxxx1693** | | | | | Opened 5/18/07 Last Active 10/07/08 CreditLineSecured | | | | |
| **Green Point Savings** **Po Box 84013** **Columbus, GA 31908** | - | | | | | | | | **0.00** |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **81,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gregory & Brukhn Osnovsky 6536 North Califnornia Avenue Chicago, IL 60642 | - | | | | | | 100,000.00 |
| Account No. | | | | | | | |
| Home Depot c/o Pro Consulting Servi PO Box 190 West Chicago, IL 60186 | - | | | | | | 19,788.47 |
| Account No. xxxxxx3591 | | | Opened  5/01/98  Last Active  1/01/04 ChargeAccount | | | | |
| Hsbc/carsn 140 Industrial Dri Elmhurst, IL 60126 | - | | | | | | 0.00 |
| Account No. xxxxxxxxxx3997 | | | Opened  6/01/97  Last Active  5/01/01 ChargeAccount | | | | |
| Hsbc/harlm Hsbc Retail Srvs/Attn: Bk Dept Pob 5263 Carol Stream, IL 60197 | - | | | | | | 0.00 |
| Account No. xxxxxx8259 | | | Opened  5/01/97  Last Active  1/27/04 ChargeAccount | | | | |
| Hsbc/neimn Hscb Retail Srvs/ Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | - | | | | | | 0.00 |

Sheet no. __**17**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

119,788.47

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                        ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Humana Group Dental c/o RMS** **77 Hartland Street** **Suite 401** **East Hartford, CT 06128** | - | | | | | | | 2,025.86 |
| Account No. **xxxxxxx1001** | | **11 At T Midwest** | | | | | | |
| **I C System** **Po Box 64378** **Saint Paul, MN 55164** | - | | | | | | | 359.00 |
| Account No. **xxxx xxxxxx xxx0168; xx0017** | | | | | | | | |
| **Ill. Dept. Sec. c/o James Kopecky** **190 South LaSalle Street** **Suite 850A** **Chicago, IL 60603** | - | | | | | | | Unknown |
| Account No. **xxxx xxxxxx xxx0168; xx0017** | | | | | | | | |
| **Ill. Sec. Depart c/o Samuel Freiman** **Ill. Securities Dept.** **69 w. Washington, Suite 1220** **Chicago, IL 60602** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Illinois Department of Revenue** **PO Box 64338** **Chicago, IL 60664** | - | | | | | | | Unknown |

Sheet no. __**18**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,384.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**                                                        ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Inna Gashpar** <br> **1121 Cayuga Drive** <br> **Northbrook, IL 60062** | - | | | | | | 139,700.00 |
| Account No. <br><br> **Interal Revenue Service** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | - | | | | | | **Unknown** |
| Account No. <br><br> **Irina Khaykin** <br> **300 S. Richard Ct.** <br> **Vernon Hills, IL 60061** | - | | | | | | 50,000.00 |
| Account No. **2692** <br><br> **Iutegral Digital Services Inc.** <br> **PO BOX 5257** <br> **Buffalo Grove, IL 60089** | - | | | | | | 3,000.00 |
| Account No. <br><br> **Jacob Loffe** <br> **9123 Tripp** <br> **Skokie, IL 60076** | - | | | | | | 30,000.00 |

Sheet no. __**19**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**222,700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**_____,   Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jacob Loffe**<br>**9123 Tripp**<br>**Skokie, IL 60076** | - | | | | | | 40,000.00 |
| Account No. **xxxx4779**<br><br>**Jaguar Credit** | - | | Opened 2/01/02 Last Active 5/23/05 Lease | | | | 0.00 |
| Account No. **xx-xH-433**<br><br>**Joseph Pollina/David Bohrer Attorne**<br>**450 Skokie Blvd.**<br>**Suite 502**<br>**Northbrook, IL 60062** | - | | | | | | 170,000.00 |
| Account No. **xx.xxxxxxx.x0000**<br><br>**KLOA INC, Kenig, Lindgren, O'hara,**<br>**9575 West Higgins Rd.**<br>**Suite 400**<br>**Des Plaines, IL 60018** | - | | | | | | 14,236.59 |
| Account No. **Office Lease**<br><br>**Korman/Lederer Management Co.**<br>**3100 Dundee Rd.**<br>**Suite 116**<br>**Northbrook, IL 60062** | - | | | | | | 60,000.00 |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

284,236.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                                    ,  Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xx3765**<br><br>**Korman/Lederer Management Co.**<br>**3100 Dundee Rd.**<br>**Suite 116**<br>**Northbrook, IL 60062** | - | | | | | | **395.64** |
| Account No. **xxx xx3767**<br><br>**Korman/Lederer Management Co.**<br>**3100 Dundee Rd.**<br>**Suite 116**<br>**Northbrook, IL 60062** | - | | | | | | **320.62** |
| Account No.<br><br>**Lake County GC c/o Ray & Glick**<br>**PO Box 400**<br>**Libertyville, IL 60048** | - | | | | | | **Unknown** |
| Account No.<br><br>**Laris & Gennady Korol**<br>**932 Greenbay Rd.**<br>**Glencoe, IL 60022** | - | | | | | | **100,000.00** |
| Account No.<br><br>**Larisa & Gennady Korol**<br>**932 Greenbay Rd.**<br>**Glencoe, IL 60022** | - | | | | | | **1,500,000.00** |

Sheet no. __21__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,600,716.26**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                                                  ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Larisa & Leo Bard** **1143 Bernard Drive** **Buffalo Grove, IL 60089** | | - | | | | | 200,000.00 |
| Account No. | | | | | | | |
| **Lazar & Dina Yaker** **3216 Brookhill Circle** **Birmingham, AL 35210** | | - | | | | | 80,000.00 |
| Account No. | | | | | | | |
| **Lazer & Dina Yaker** **3216 Brookhill Circle** **Birmingham, AL 35210** | | - | | | | | 90,000.00 |
| Account No. | | | | | | | |
| **Legat Architects c/o Schiff Harden** **6600 Sears Tower** **Chicago, IL 60606** | | - | | | | | 405,672.85 |
| Account No. **NS** | | | | | | | |
| **Leibson McGrath DBA LM Squared** **400 Skokie Blvd.** **Suite 590** **Northbrook, IL 60062** | | - | | | | | 96,105.00 |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

871,777.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Leyka & Ionid Abramovsky** <br> **700 Court of Birch** <br> **Vernon Hills, IL 60061** | - | | | | | | | 530,999.33 |
| Account No. <br><br> **Leyka & Ionid Abramovsky** <br> **700 Court of Birch** <br> **Vernon Hills, IL 60061** | - | | | | | | | 1,720,000.00 |
| Account No. xxxxxxxxx6720 <br><br> **Macys/fdsb** <br> **Macy's Bankruptcy** <br> **Po Box 8053** <br> **Mason, OH 45040** | | | | Opened  7/01/89  Last Active 12/13/07 <br> ChargeAccount | | | | 0.00 |
| Account No. <br><br> **Marina Selivanova** <br> **608 Happfield Court** <br> **Arlington Heights, IL 60004** | - | | | | | | | 100,000.00 |
| Account No. **xxxx-x-xx0283** <br><br> **MB Financial c/o Shaw, Gussis, Fish** <br> **321 North Clark** <br> **Suite 800** <br> **Chicago, IL 60610** | - | | | | | | | 50,000.00 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,400,999.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                                    ,     Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x-xx0283**<br><br>**MB Financial c/o Shaw, Gussis, Fish**<br>**321 North Clark**<br>**Suite 800**<br>**Chicago, IL 60610** | - | | | | | | 50,000.00 |
| Account No. **xxxxxxxxx7104**<br><br>**Mchenry Svbk**<br>**353 Bank Drive**<br>**Mc Henry, IL 60051** | - | | Opened  5/25/07  Last Active  4/16/09<br>Secured | | | | 0.00 |
| Account No.<br><br>**Mega Development Group LLC**<br>**8221 North Kimball**<br>**Skokie, IL 60076** | - | | | | | | 300,000.00 |
| Account No.<br><br>**Michael Vdovets c/o Demchenk &**<br>**Kash**<br>**2520 West Chicago Avenue**<br>**Chicago, IL 60622** | - | | | | | | Unknown |
| Account No. **xxx8406**<br><br>**National Construction Rentals**<br>**PO BOX 4503**<br>**Pacoima, CA 91333** | - | | | | | | 439.92 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          350,439.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                              , Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx5554**<br><br>**Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | - | | | **Opened 5/22/07 Last Active 1/16/09**<br>**Agriculture** | | | | **621.00** |
| Account No. **xxxxxxx8703**<br><br>**Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | - | | | **Opened 1/22/03 Last Active 2/02/05**<br>**Agriculture** | | | | **0.00** |
| Account No. **xxxxxxxxxx/xxxxxx9642**<br><br>**Nicor Gas c/o CBCS**<br>**PO Box 69**<br>**Columbus, OH 43216** | - | | | **Agriculture** | | | | **2,756.82** |
| Account No. **xxxxxxxxxx/xxxx2592**<br><br>**Nicor Gas c/o NCO Financial service**<br>**PO Box 15618**<br>**Department 58**<br>**Wilmington, DE 19850** | - | | | **Agriculture** | | | | **3,157.03** |
| Account No. **xxxxxxxxxx/xx6KO8**<br><br>**Nicor Gas c/o NCO Financial service**<br>**PO Box 15630**<br>**Department 99**<br>**Wilmington, DE 19850** | - | | | **Agriculture** | | | | **879.24** |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,414.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                                                   ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5144**<br><br>**Northbrook Blueprint & Supply**<br>**626 Anthony Trail**<br>**Northbrook, IL 60062** | - | | | | | | 1,074.36 |
| Account No. **xxx0181**<br><br>**Northshore Mag c/o Biehl & Biehl**<br>**PO BOX 87410**<br>**Carol Stream, IL 60188** | - | | | | | | 9,270.00 |
| Account No. **xx4803**<br><br>**Origin Capital**<br>**1122 North LaSalle Street**<br>**Chicago, IL 60610** | - | | | | | | 429,660.00 |
| Account No. **xx4395**<br><br>**Origin Capital**<br>**1122 North LaSalle Street**<br>**Chicago, IL 60610** | - | | | | | | 509,521.00 |
| Account No. **xx4803**<br><br>**Origin Capital**<br>**1122 North LaSalle Street**<br>**Chicago, IL 60610** | - | | | | | | 500,000.00 |

Sheet no. __26__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,449,525.36**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                                         ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xx-4489** | | | | | | | | |
| Origin Capitl c/o John R. Cappa II 1229 Central Avenue Saint Petersburg, FL 33705 | - | | | | | | | 500,000.00 |
| Account No. | | | | | | | | |
| Papas Construction Co. 8605 North Lincoln Avenue Suite B Morton Grove, IL 60053 | - | | | | | | | 126,514.00 |
| Account No. | | | | | | | | |
| Paragaon Theaters c/o Dahl & Bonadi 30 North LaSalle Street Suite 1500 Chicago, IL 60602 | - | | | | | | | 306,921.50 |
| Account No. **xxxxx/xxxxx/xx9310** | | | | | | | | |
| Parvin-Clauss c/o Barry Serota and PO Box 1008 Arlington Heights, IL 60006 | - | | | | | | | 2,681.80 |
| Account No. | | | | | | | | |
| Petro Dzynbinsky | - | | | | | | | 500,000.00 |

Sheet no. __27__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,436,117.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**
_____,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5009**<br><br>**Polsky & Associates LTd.**<br>**205 N. Michigan**<br>**Suite 1400**<br>**Chicago, IL 60601** | - | | | | | | 54,986.97 |
| Account No. **xxxxxxxxxxx/xxxx-xx-x5208**<br><br>**Private Bank/Trust c/o Crowley & La**<br>**3550 North LaSalle Street**<br>**Suite 900**<br>**Chicago, IL 60654** | - | | | | | | 284,855.57 |
| Account No.<br><br>**Puget Sound c/o Hutchison Perry & A**<br>**4570 North 1st Avenue**<br>**Suite 120**<br>**Tucson, AZ 85718** | - | | | | | | 13,603.00 |
| Account No.<br><br>**RC Realty Development LLC**<br>**914 N. Milwaukee**<br>**Suite 300**<br>**Northbrook, IL 60062** | - | | | | | | 50,000.00 |
| Account No.<br><br>**RC Realty Development LLC**<br>**914 N. Milwaukee**<br>**Suite 300**<br>**Northbrook, IL 60062** | - | | | | | | 450,000.00 |

Sheet no. __**28**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           853,445.54

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko** _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RC Realty Development LLC**<br>**914 N. Milwaukee**<br>**Suite 300**<br>**Northbrook, IL 60062** | - | | | | | | 179,000.00 |
| Account No. **xxxxxxxx6510**<br><br>**Rnb-fields3**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | - | | Opened 7/02/89 Last Active 6/16/04<br>ChargeAccount | | | | 0.00 |
| Account No.<br><br>**Rostis Lab Bartnovsky**<br>**2137 Graystone Pl.**<br>**Hoffman Estates, IL 60169** | - | | | | | | 118,000.00 |
| Account No. **xx-x-xx2804**<br><br>**Schain Burney Ross & Citron Service**<br>**222 North LaSalle Street**<br>**Suite 1910**<br>**Chicago, IL 60601** | - | | | | | | 149,192.79 |
| Account No. **xxxx-xxx-xx2331**<br><br>**Schmidt c/o Adams Wayne**<br>**570 East Northwest Highway**<br>**Suite 4**<br>**Des Plaines, IL 60016** | - | | | | | | **Unknown** |

Sheet no. __**29**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**446,192.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**                                                                   ,                  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxx/xx4099** <br><br> **Service Sanit. c/o Marphy Loneon** <br> **PO BOx 2206** <br> **Des Plaines, IL 60017** | - | | | | | | **6,089.02** |
| Account No. **xxxx8786** <br><br> **Sst/jpmc** <br> **4315 Pickett Road** <br> **St Joseph, MO 64503** | - | | Opened 12/01/03  Last Active  2/02/07 <br> Automobile | | | | **0.00** |
| Account No. <br><br> **Stewart Title c/o Ice Miller Donadi** <br> **One American Square** <br> **Indianapolis, IN 46206** | - | | | | | | **Unknown** |
| Account No. <br><br> **Studio 41 c/o Robert R. Mucci** <br> **PO Box 190** <br> **West Chicago, IL 60186** | - | | | | | | **18,859.50** |
| Account No. <br><br> **Tatiana Sharonova** <br> **1375 Kenelwood Lane** <br> **Deerfield, IL 60015** | - | | | | | | **335,000.00** |

Sheet no. __**30**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**359,948.52**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ed Renko**                                                                                       ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3523** <br><br> **The Anderson Group** <br> **3409 North Hellen Street** <br> **Unit 200** <br> **Metairie, LA 70002** | - | | | | | | 1,600.00 |
| Account No. **xxxxxx0518** <br><br> **Travelers Ins. c/o Credit Collectio** <br> **2 Wells Avenue** <br> **Newton Center, MA 02459** | - | | | | | | 369.00 |
| Account No. **x/x/xxxx9615** <br><br> **Tribune Int. c/o Michael Davis Weis** <br> **PO Box 1166** <br> **Northbrook, IL 60065** | - | | | | | | 3,360.00 |
| Account No. <br><br> **Vladimir & Ludmila Piven** <br> **1436 N. Picadilly Circle** <br> **Mount Prospect, IL 60056** | - | | | | | | 250,000.00 |
| Account No. <br><br> **Vladimir Frankfurt** <br> **816 Winchester Lane** <br> **Northbrook, IL 60062** | - | | | | | | 112,000.00 |

| | |
|---|---|
| Sheet no. __31__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)     367,329.00 |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ed Renko**                                                                ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vladimir Kompan** <br> **1509 Landwehr** <br> **Northbrook, IL 60062** | - | | | | | | 300,000.00 |
| Account No. <br><br> **VMV Asset Management** <br> **3045 McArthur Blvd** <br> **Northbrook, IL 60062** | - | | | | | | 100,000.00 |
| Account No. **xxxxx5936** <br><br> **Volkswagon Credit Inc** <br> **c/o Brice, Vander, Linden and Wernick PC** <br> **9441 Lbj Freeway Suite 250** <br> **Dallas, TX 75243** | | | Opened  6/01/06  Last Active  7/11/06 <br> Lease | | | | 0.00 |
| Account No. **xxxxxx7170** <br><br> **Vzw Ne** <br> **Attention:  Verizon Wireless Department** <br> **Po Box 3397** <br> **Bloomington, IL 61702** | - | | Opened 11/30/01 <br> Agriculture | | | | 0.00 |
| Account No. **xxxxxx23-SB; xxxxxxxxxx3354** <br><br> **Waste Management c/o RMS** <br> **4836 Brecksville. Rd** <br> **PO Box 509** <br> **Richfield, OH 44286** | - | | | | | | 1,019.55 |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

401,019.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ed Renko**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | - | | | | | | |
| **Weis Builders c/o Demchenk & Kashub** **2520 West Chicago Avenue** **Chicago, IL 60622** | | | | | | | 1,065,347.40 |
| Account No. **xxxxxxxxxxxxx0001** | - | | Opened  1/16/07  Last Active 10/20/08 AutoLease | | | | |
| **Wells Fargo** **Po Box 60510** **Los Angeles, CA 90060** | | | | | | | 0.00 |
| Account No.  **xx-x-xx2392** | - | | | | | | |
| **Yakov Fialko c/o MJ Newman & Associ** **5225 Old Orchard Rd.** **Suite 5** **Skokie, IL 60077** | | | | | | | 210,000.00 |
| Account No. | - | | | | | | |
| **Yefim Vulfson** **325 Horatio Blvd.** **Buffalo Grove, IL 60089** | | | | | | | 107,500.00 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**33**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,382,847.40 |
| Total (Report on Summary of Schedules) | 18,659,875.10 |

B6G (Official Form 6G) (12/07)

In re    **Ed Renko**
_____,    Case No. _____
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Ed Renko**
_____,    Case No. _____
                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Ed Renko**
                                                                Case No. _____
                                      Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b. Insurance | $ | 0.00 | $ | N/A |
|     c. Union dues | $ | 0.00 | $ | N/A |
|     d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __**Ed Renko**_____      Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No  **X** | | |
| b. Is property insurance included? | Yes ___ | No  **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | | $ | 0.00 |
| b. Water and sewer | | | $ | 0.00 |
| c. Telephone | | | $ | 80.00 |
| d. Other _____ | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 200.00 |
| 5. Clothing | | | $ | 50.00 |
| 6. Laundry and dry cleaning | | | $ | 0.00 |
| 7. Medical and dental expenses | | | $ | 0.00 |
| 8. Transportation (not including car payments) | | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 112.00 |
| e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) _____ | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other _____ | | | $ | 0.00 |
| c. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other _____ | | | $ | 0.00 |
| Other _____ | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 642.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. | Average monthly expenses from Line 18 above | $ | 642.00 |
| c. | Monthly net income (a. minus b.) | $ | -642.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ed Renko**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **50**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 14, 2010**

Signature   **/s/ Ed Renko**

                      **Ed Renko**

                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ed Renko**                                Case No.                            

                                               Debtor(s)                      Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                         SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                         SOURCE

---

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

　　a.　　*Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■
　　b.　　*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■
　　c.　　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| Liberman v. Renko 2004-CH-10026 | Chancery Suit | Circuit Court of Cook County | Pending |
| Vdovets v. EAG Capital Holdings 2007-CH-15367 | Chancery Action | Circuit Court of Cook County | Pending |
| Vdovets v. Northshore Center THC LLC<br>2007-CH-16006 | Chancery Action | Circuit Court of Cook County | Pending |
| American Enterprise Bank v. 3888 Maple<br>2009-CH-29224 | Chancery Action | Circuit Court of Cook County | Pending |
| Bank New York Mellon v. Ed Renko<br>2010-CH-24451 | Chancery Action | Circuit Court of Cook County | Pending |
| Foster Bank v. Ed Renko 2009-CH-29112 | Chancery Action | Circuit Court of Cook County | Pending |
| Albany Bank Trust Company v. Gary Fishkin<br>2009-CH-10827 | Chancery Action | Circuit Court of Cook County | Pending |
| Allstate electric v. Capital Development Group<br>(2009-CH-09810) | Chancery Action | Circuit Court of Cook County | Pending |
| Bankfirst (Beal Bank Nevada) v. Northshore<br>Center THC LLC (2008-CH-39446) | Chancery Action | Circuit Court of Cook County | Pending |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Private Bank Trust Company v. Royal Square Development (2008-CH-35208)** | **Chancery Action** | **Circuit Court of Cook County** | **Pending** |
| **Albany Bank Trust Company v. Mega Investors Group (2009-L-005699)** | **Law Division** | **Circuit Court of Cook County** | **Pending** |
| **Yakov Fialko v. EAG Capital Holdings Inc (2009-L-002392)** | **Law Division** | **Circuit Court of Cook County** | **Pending** |
| **MB Financial Bank NA v. EAG CAPITAL Holdings Inc (2009-L-000283)** | **Law Division** | **Circuit Court of Cook County** | **Pending** |
| **MB Financial Bank NA v. Northshore Center LP (2009-L-000284)** | **Law Division** | **Circuit Court of Cook County** | **Pending** |
| **Bankfirst v. Northshore Center THC LLC (2008-CH-39446)** | **Law Division** | **Circuit Court of Cook County** | **Pending** |
| **Century 21 Real Estate LLC v. Capital Reality Inc. (2008-L-011587)** | **Law Division** | **Circuit Court of Cook County** | **Pending** |
| **Citibank v. Ed Renko (2009-M1-187209)** | **Civil division** | **Circuit Court of Cook county** | **Pending** |
| **CE Design LTD v. EAG CAPITAL HOLDINGS (2008-M3-004079)** | **Civil Division** | **Circuit Court of Cook County** | **Pending** |
| **Edward Renko v. Grace Renko (2009-D-230594)** | **Domestic Relations** | **Circuit Court of Cook County** | **Pending** |
| **Stewart Title Guaranty v. Absolute Title Services (2009-CH-17128)** | **Charcery Action** | **Circuit Court of Cook County** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
■
   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None
■
   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None
■
   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None
☐
   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Start Fresh Today 5769 West Sunrise Blvd. Fort Lauderdale, FL 33313** | **September 2010** | **$50 for debtor certificate** |
| **Zeidman Companies LLC 5743 West Irving Park Rd. Chicago, IL 60634** | **September 2010** | **$1000.00** |
| **United States Bankruptcy Court NDIL 219 South Deaborn Chicago, IL 60604** | **September 2010** | **$299.00** |

### 10.  Other transfers

None
■
   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

5

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■       a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None
■       b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                 DATES SERVICES RENDERED

None
■       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

---

### 20. Inventories

None
■       a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None
■       b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                       RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■       a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS               NATURE OF INTEREST           PERCENTAGE OF INTEREST

None
■       b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                      TITLE                 NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP

8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|-----------------------------------------------------|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **September 14, 2010**        Signature   **/s/ Ed Renko**

                                            **Ed Renko**
                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Ed Renko__

Debtor(s)

Case No. _____

Chapter __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __September 14, 2010__

Signature __/s/ Ed Renko__

**Ed Renko**

Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ed Renko**                                                              Case No. _____
                                          Debtor(s)                    Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................................... $ _____ **0.00**

    Prior to the filing of this statement I have received ............................................ $ _____ **0.00**

    Balance Due .......................................................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **September 14, 2010** _____        **/s/ Lee R. Zeidman** _____
                                                               **Lee R. Zeidman**
                                                               **Zeidman Companies LLC**
                                                               **5743 West Irving Park Rd.**
                                                               **Chicago, IL 60634**
                                                               **312-725-6005  Fax: 866-506-6109**
                                                               **Zeidmanlaw@gmail.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy
Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Ed Renko_____          Case No. _____
                              Debtor(s)          Chapter    __7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Ed Renko**_____ | X **/s/ Ed Renko**_____ | **September 14, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ed Renko**                                                                                                          Case No.
                                                      Debtor(s)                                             Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                **173**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 14, 2010**                                    **/s/ Ed Renko**
                                                                 **Ed Renko**
                                                                 Signature of Debtor

Albany Bank & Trust c/o Jeff Finke
55 West Wacker Drive
Suite 1400
Chicago, IL 60625


Albany Bank & Trust Company
3400 West Lawrence
Chicago, IL 60625


Albany Bank c/o Greenberg, Traurig
77 West Wacker Drive
Suite 2500
Chicago, IL 60601


Alexander & Sofia Sniper
471 Bay Tree Circle
Vernon Hills, IL 60061


Alla & Eugene Kharon
1778 Tudor Lane
Northbrook, IL 60062


Alla & Josif Bikhovsky
10234 N. Trillium Rd.
Thiensville, WI 53092


Alla Monisova & Michael Shulman
114 Hampton Blvd.
Chicago, IL 60644


Allen Kravocer & Associates
1001 Johnson Drive
Suite 200
Buffalo Grove, IL 60089


Allstate Electric c/o MJ Newman & A
5225 Old Orchard Rd.
suite 5
Skokie, IL 60077


Allstate Electric c/o Stone, Pogrun
1 East Wacker Drive
Suite 2610
Chicago, IL 60601

Allstate Indem. c/o Credit Services
Two Wels Ave
Newton Center, MA 02459


Amcore Bank c/o Kluever & Platt
65 E. Wacker Place
Suite 2300
Chicago, IL 60601


American Collections
919 Estes Ct
Schaumburg, IL 60193


American Ent. c/o Robbins, Salomon,
25 East Washington
Suite 1000
Chicago, IL 60602


American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355


American Express Bank c/o Blitt & G
661 West Glenn Avenue
Wheeling, IL 60090


American Honda Finance
Attn: Bankruptcy
3625 West Royal Lane Suite 200
Irving, TX 75063


American National Bank
33 N Lasalle St
Chicago, IL 60602


at&t c/o Alliant Law Groupe, PC
2860 Zanker Road
Suite 105
San Jose, CA 95134


At&t Capital Services Inc.
13160 Collections Center Drive
Chicago, IL 60693

ATMI Precast c/o Querry & Harrow Lt
175 West Jackson Blvd
Suite 1600
Chicago, IL 60604


Bac Home Loans Servici
450 American St
Simi Valley, CA 93065


Ballys
8700 West Bryn Mawr
Chicago, IL 60631


Bank America
4161 Piedmont Park
Greensboro, NC 27410


Bank NYM c/o Fisher & Shapiro LLC
2121 waukgen
Suite 301
Deerfield, IL 60015


Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410


Bank Of America
Po Box 15026
Wilmington, DE 19850


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Beal Bank c/o Clark Hill PLC
150 North Michigan Avenue
Chicago, IL 60601

Beal Bank c/o Garfield & Merel Ltd
223 West Jackson Blvd.
suite 100
Chicago, IL 60606

Beyer Family LP
914 North Milwaukee
Suite 300
Northbrook, IL 60062

Beyer Family LP
914 North Milwaukee
Suite 300
Northbrook, IL 60062

Beyer Family LP
914 North Milwaukee
Suite 300
Northbrook, IL 60062

Birdview Technologies
101 West 22nd Street
Suite 202
Lombard, IL 60148


Bmw Financial Services
5550 Britton Parkway
Hilliard, OH 43026


Bronson & Kahn LLC
150 North Wacker Drive
Suite 1400
Chicago, IL 60606


CE Design c/o Anderson & Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008


CE Design LTD
1875 D Rohlwings Rd
Rolling Meadows, IL 60008


Century 21 c/o Tabet Divito & Roths
209 South LaSalle street
7th Floor


Chase
Po Box 15298
Wilmington, DE 19850


Chase Auto
600 Community Drive
Manhasset, NY 11030


Chase Auto
600 Community Drive
Manhasset, NY 11030


Chicago Tribune c/o Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188

Cisco Inc c/o Fireman's Fund Insura
1702 Townhurst Drive
Houston, TX 77043


Citibank Sd, c/o Blatt Hasenmiller
125 South Wacker
Suite 400
Chicago, IL 60606


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Co Star Realty c/o Receievable Corp
7373 Kirkwood Court
Suite 200
Osseo, MN 55369


Collection
700 Longwater Dr
Norwell, MA 02061


COMED
PO Box 6111
Carol Stream, IL 60197


COMED
PO Box 6111
Carol Stream, IL 60197


COMED
PO Box 6111
Carol Stream, IL 60197


Consecofin
1400 Turbine Drive
Rapid City, SD 57701


Crd Prt Asso
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380

Credit Management
4200 International Pwy
Carrolton, TX 75007


Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914


DD Group c/o Emalfarb, Swan & Bain
440 Central Avenue
IL 60036


DHL c/o Bonded Collection Corp.
29 East Medicine Street
suite 1650
Chicago, IL 60602


Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Dsnb Bloom
Bloomingdale's Bankruptcy
Po Box 8053
Mason, OH 45040


Durabit Fence
433 Denniston Court
Wheeling, IL 60090


Eiden & O'Donnell LTd
230 Center Drive
Suite 102
Vernon Hills, IL 60061


Elan Finan. c/o Client Services Inc
3451 Harry Truman Blvd
Saint Charles, MO 63301


FCL Builders Inc. c/o Richmond Bres
223 South Wacker Drive
Suite 5775
Chicago, IL 60615

First Commercial c/o Martin & Karca
161 Clark Street
Suite 550
Chicago, IL 60601


Firstar
c/o US Bank Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201


Firzgerald Associate Architects
912 West Lake Street
Chicago, IL 60607


Florida Development
8221 North Kimball
Skokie, IL 60076


Foster Bank
5225 North Kedzie
Chicago, IL 60625


Foster Bank
5225 North Kedzie
Chicago, IL 60625


Foster Bank c/o Metge Spitzer & Kre
10 South Riverside
Suite 720
Chicago, IL 60603


Fountain Tech c/o Transworld Sys
25 Northwest Point Blvd.
Suite 750
Elk Grove Village, IL 60007


Gaia Tech
200 North LaSalle
Suite 2600
Chicago, IL 60601


Garveys c/o Transworld Systems
25 Northwest Point Blvd.
Suite 750
Elk Grove Village, IL 60007

Gary Litvin
23696 North Raleigh Dr.
Lincolnshire, IL 60069


Gemb
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076


Gene Shneider & Larisa Solomonova
1411 Candlewood Court
Wheeling, IL 60090


Glenview State Bank
800 Waukegan Rd
Glenview, IL 60025


Green Point Savings
Po Box 84013
Columbus, GA 31908


Green Point Savings
Po Box 84013
Columbus, GA 31908


Gregory & Brukhn Osnovsky
6536 North Califnornia Avenue
Chicago, IL 60642


Home Depot c/o Pro Consulting Servi
PO Box 190
West Chicago, IL 60186


Hsbc/carsn
140 Industrial Dri
Elmhurst, IL 60126


Hsbc/harlm
Hsbc Retail Srvs/Attn: Bk Dept
Pob 5263
Carol Stream, IL 60197

Hsbc/neimn
Hscb Retail Srvs/ Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197


Humana Group Dental c/o RMS
77 Hartland Street
Suite 401
East Hartford, CT 06128


I C System
Po Box 64378
Saint Paul, MN 55164


Ill. Dept. Sec. c/o James Kopecky
190 South LaSalle Street
Suite 850A
Chicago, IL 60603


Ill. Sec. Depart c/o Samuel Freiman
Ill. Securities Dept.
69 w. Washington, Suite 1220
Chicago, IL 60602


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664


Inna Gashpar
1121 Cayuga Drive
Northbrook, IL 60062


Interal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Irina Khaykin
300 S. Richard Ct.
Vernon Hills, IL 60061


Iutegral Digital Services Inc.
PO BOX 5257
Buffalo Grove, IL 60089

Jacob Loffe
9123 Tripp
Skokie, IL 60076


Jacob Loffe
9123 Tripp
Skokie, IL 60076


Jaguar Credit


Joseph Pollina/David Bohrer Attorne
450 Skokie Blvd.
Suite 502
Northbrook, IL 60062


KLOA INC, Kenig, Lindgren, O'hara,
9575 West Higgins Rd.
Suite 400
Des Plaines, IL 60018


Korman/Lederer Management Co.
3100 Dundee Rd.
Suite 116
Northbrook, IL 60062


Korman/Lederer Management Co.
3100 Dundee Rd.
Suite 116
Northbrook, IL 60062


Korman/Lederer Management Co.
3100 Dundee Rd.
Suite 116
Northbrook, IL 60062


Lake County GC c/o Ray & Glick
PO Box 400
Libertyville, IL 60048


Laris & Gennady Korol
932 Greenbay Rd.
Glencoe, IL 60022

Larisa & Gennady Korol
932 Greenbay Rd.
Glencoe, IL 60022


Larisa & Leo Bard
1143 Bernard Drive
Buffalo Grove, IL 60089


Lazar & Dina Yaker
3216 Brookhill Circle
Birmingham, AL 35210


Lazer & Dina Yaker
3216 Brookhill Circle
Birmingham, AL 35210


Legat Architects c/o Schiff Harden
6600 Sears Tower
Chicago, IL 60606


Leibson McGrath DBA LM Squared
400 Skokie Blvd.
Suite 590
Northbrook, IL 60062


Leyka & Ionid Abramovsky
700 Court of Birch
Vernon Hills, IL 60061


Leyka & Ionid Abramovsky
700 Court of Birch
Vernon Hills, IL 60061


Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040


Marina Selivanova
608 Happfield Court
Arlington Heights, IL 60004

MB Financial c/o Shaw, Gussis, Fish
321 North Clark
Suite 800
Chicago, IL 60610


MB Financial c/o Shaw, Gussis, Fish
321 North Clark
Suite 800
Chicago, IL 60610


Mchenry Svbk
353 Bank Drive
Mc Henry, IL 60051


Mega Development Group LLC
8221 North Kimball
Skokie, IL 60076


Michael Vdovets c/o Demchenk & Kash
2520 West Chicago Avenue
Chicago, IL 60622


National City
Attention: Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141


National Construction Rentals
PO BOX 4503
Pacoima, CA 91333


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas c/o CBCS
PO Box 69
Columbus, OH 43216

Nicor Gas c/o NCO Financial service
PO Box 15618
Department 58
Wilmington, DE 19850


Nicor Gas c/o NCO Financial service
PO Box 15630
Department 99
Wilmington, DE 19850


Northbrook Blueprint & Supply
626 Anthony Trail
Northbrook, IL 60062


Northshore Mag c/o Biehl & Biehl
PO BOX 87410
Carol Stream, IL 60188


Origin Capital
1122 North LaSalle Street
Chicago, IL 60610


Origin Capital
1122 North LaSalle Street
Chicago, IL 60610


Origin Capital
1122 North LaSalle Street
Chicago, IL 60610


Origin Capitl c/o John R. Cappa II
1229 Central Avenue
Saint Petersburg, FL 33705


Papas Construction Co.
8605 North Lincoln Avenue
Suite B
Morton Grove, IL 60053


Paragaon Theaters c/o Dahl & Bonadi
30 North LaSalle Street
Suite 1500
Chicago, IL 60602

Parvin-Clauss c/o Barry Serota and
PO Box 1008
Arlington Heights, IL 60006


Petro Dzynbinsky


Polsky & Associates LTd.
205 N. Michigan
Suite 1400
Chicago, IL 60601


Private Bank/Trust c/o Crowley & La
3550 North LaSalle Street
Suite 900
Chicago, IL 60654


Puget Sound c/o Hutchison Perry & A
4570 North 1st Avenue
Suite 120
Tucson, AZ 85718


RC Realty Development LLC
914 N. Milwaukee
Suite 300
Northbrook, IL 60062


RC Realty Development LLC
914 N. Milwaukee
Suite 300
Northbrook, IL 60062


RC Realty Development LLC
914 N. Milwaukee
Suite 300
Northbrook, IL 60062


Rnb-fields3
Po Box 9475
Minneapolis, MN 55440


Rostis Lab Bartnovsky
2137 Graystone Pl.
Hoffman Estates, IL 60169

Schain Burney Ross & Citron Service
222 North LaSalle Street
Suite 1910
Chicago, IL 60601


Schmidt c/o Adams Wayne
570 East Northwest Highway
Suite 4
Des Plaines, IL 60016


Service Sanit. c/o Marphy Loneon
PO BOx 2206
Des Plaines, IL 60017


Sst/jpmc
4315 Pickett Road
St Joseph, MO 64503


Stewart Title c/o Ice Miller Donadi
One American Square
Indianapolis, IN 46206


Studio 41 c/o Robert R. Mucci
PO Box 190
West Chicago, IL 60186


Tatiana Sharonova
1375 Kenelwood Lane
Deerfield, IL 60015


The Anderson Group
3409 North Hellen Street
Unit 200
Metairie, LA 70002


Travelers Ins. c/o Credit Collectio
2 Wells Avenue
Newton Center, MA 02459


Tribune Int. c/o Michael Davis Weis
PO Box 1166
Northbrook, IL 60065

Us Bank


Us Bank


Vladimir & Ludmila Piven
1436 N. Picadilly Circle
Mount Prospect, IL 60056


Vladimir Frankfurt
816 Winchester Lane
Northbrook, IL 60062


Vladimir Kompan
1509 Landwehr
Northbrook, IL 60062


VMV Asset Management
3045 McArthur Blvd
Northbrook, IL 60062


Volkswagon Credit Inc
c/o Brice, Vander, Linden and Wernick PC
9441 Lbj Freeway Suite 250
Dallas, TX 75243


Vzw Ne
Attention: Verizon Wireless Department
Po Box 3397
Bloomington, IL 61702


Waste Management c/o RMS
4836 Brecksville. Rd
PO Box 509
Richfield, OH 44286


Weis Builders c/o Demchenk & Kashub
2520 West Chicago Avenue
Chicago, IL 60622


Wells Fargo
Po Box 60510
Los Angeles, CA 90060

Yakov Fialko c/o MJ Newman & Associ
5225 Old Orchard Rd.
Suite 5
Skokie, IL 60077


Yefim Vulfson
325 Horatio Blvd.
Buffalo Grove, IL 60089